IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

RECEIVED
FLORENCE, SC

05 DEC -5 P 1:28

| | |
|---|---|
| Sawgrass Technologies Inc<br>*a South Carolina Corporation*<br><br>                    Plaintiff,<br>v.<br><br><br>Ethco Inc et al<br><br><br>                    Defendant | ) C/A No.: 4:05cv926-TLW<br>)<br>)<br>)<br>)<br>)<br>) **ORDER**<br>)<br>)<br>)<br>) |

The court having been advised by counsel for the parties that the above action has been settled,

**IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice. If settlement is not consummated within a reasonable time, either party may within sixty (60) days petition the court to reopen the action and restore it to the calendar, Rule 60(b)(6), Fed. R. Civ. P.

The dismissal hereunder shall be *with prejudice* if no action is taken under either alternative within sixty (60) days from the filing date of this Order.

**IT IS SO ORDERED.**

Terry L. Wooten
United States District Judge

December 2, 2005
Florence, South Carolina